**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Mobile Addiction LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5190284** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8918 W 21st St N Ste 200 #288** **Wichita, KS 67205-1880** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sedgwick** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____4539_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **District of Kansas, Wichita Division** | When | **7/31/19** | Case number | **19-11449** |
| District | | When | | Case number | |

Debtor   **Mobile Addiction LLC**                                          Case number (*if known*) _____
　　　　　Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ■ No  ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11.** **Why is the case filed in *this district?*** Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**   ■ No  ☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** . Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
☐ 1-49　☐ 1,000-5,000　☐ 25,001-50,000
☐ 50-99　☐ 5001-10,000　☐ 50,001-100,000
☐ 100-199　☐ 10,001-25,000　☐ More than100,000
■ 200-999

**15.** **Estimated Assets**
☐ $0 - $50,000　☐ $1,000,001 - $10 million　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　☐ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000　☐ $50,000,001 - $100 million　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion

**16.** **Estimated liabilities**
☐ $0 - $50,000　■ $1,000,001 - $10 million　☐ $500,000,001 - $1 billion

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 3

Debtor    **Mobile Addiction LLC**                                    Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

| Debtor | **Mobile Addiction LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 2, 2024**
MM / DD / YYYY

**X** **/s/ William E. Long**
Signature of authorized representative of debtor

**William E. Long**
Printed name

Title    **Chief Executive Officer / Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Nicholas R. Grillot**     Date   **January 2, 2024**
Signature of attorney for debtor       MM / DD / YYYY

**Nicholas R. Grillot**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone   **316-267-2000**     Email address   **ngrillot@hinklaw.com**

**22054 KS**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mobile Addiction LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Texas State Comptroller Attn Texas Attorney General Bankruptcy Division MC 008 P O Box 12548 Austin, TX 78711-2548** | | **Sales and Use Tax** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **VIP Wireless Inc - Houston Attn Meir Spiegel 1366 Ford Road Bensalem, PA 19020-1000** | | **All assets** | | **$572,902.02** | **$0.00** | **$572,902.02** |
| **VIP Wireless Inc Attn Meir Spiegel 1366 Ford Road Bensalem, PA 19020-1000** | | | | **$64,463.64** | **$0.00** | **$64,463.64** |
| **Texas State Comptroller Attn Texas Attorney General Bankruptcy Division MC 008 P O Box 12548 Austin, TX 78711-2548** | | **911 Fees** | | | | **Unknown** |
| **Texas State Comptroller Attn Texas Attorney General Bankruptcy Division MC 008 P O Box 12548 Austin, TX 78711-2548** | | **Sales and Use Tax** | | | | **Unknown** |

Case 24-10002   Doc# 1   Filed 01/02/24   Page 6 of 46

| Debtor | **Mobile Addiction LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ohio Department of Taxation**<br>P O Box 530<br>Columbus, OH 43216 | | | | | | **$15,665.32** |
| **Travelers Insurance Company**<br>P O Box  660317<br>Dallas, TX 75266-0317 | | | | | | **$11,869.15** |
| **Pennsylvania Dept of Revenue**<br>1846 Brookwood Street<br>Harrisburg, PA 17104 | | | | | | **$5,423.68** |
| **Comcast Business**<br>P O Box 70219<br>Philadelphia, PA 19176-0219 | | | | | | **$3,811.97** |
| **Vivint Inc.**<br>Attn Multiple Property Billing<br>4931 N 300 W<br>Provo, UT 84604 | | | | | | **$3,794.16** |
| **Pacific Capital Partners**<br>Tandem Properties<br>7327 SW Barnes Road<br>PMB 120<br>Portland, OR 97225-6119 | | Rent lease for store in Salem, OR | | | | **$3,670.67** |
| **Murray Square Investments Ltd**<br>Central Colorado Management<br>P O Box 6247<br>Denver, CO 80206-0247 | | Rent lease for store in Colorado Springs, CO | | | | **$3,519.18** |
| **New Mexico Taxation & Revenue**<br>P O Box 8575<br>Albuquerque, NM 87198-8575 | | | | | | **$3,060.44** |
| **Paul Katsadas**<br>4227 W. Lake Road<br>Erie, PA 16505 | | Past due rent | | | | **$2,925.00** |
| **Ohio Edison**<br>5001 NASA Blvd<br>Fairmont, WV 26554 | | | | | | **$2,842.68** |

| Debtor | **Mobile Addiction LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **City of Aurora Attn Tax and Licensing P O Box 913200 Denver, CO 80291-3200** | | | | | | **$2,521.04** |
| **Alarm Telecommunications Ctr P O Box 385 Wheatland, PA 16161** | | | | | | **$2,340.00** |
| **EMMCO Corporation Real Estate 3681 Green Road Cleveland, OH 44122** | | **Rent lease for store in Ravenna, OH** | | | | **$2,270.11** |
| **Julius L. Bergfeld Family Part Bergfeld Realty Co 2001 S. Donnybrook Tyler, TX 75701** | | **Rent lease for sotre in Brownwood, TX** | | | | **$2,172.86** |
| **Sunset Plaza Shopping Center c/o Southstar PM Inc 7831 SE Stark St #103 Portland, OR 97215** | | **Rent lease for store in Portland, OR** | | | | **$2,091.00** |

2b or Not 2b LP
c/o Cole Management Inc
9800B McKnight Road #220
Pittsburgh PA 15237


A&H Mechanical Inc
52 Buchanan Street
Colorado Springs CO 80907


ADLP-W&J, LLC
Attn: Lease Administrator
333 Ludlow Street
South Tower, 8th Floor
Stamford CT 06912


Alarm Research
P O Box 16320
Albuquerque NM 87191


Alarm Telecommunications Ctr
P O Box 385
Wheatland PA 16161


Albrecht, Inc.
P O Box 1714
Akron OH 44309


Alert 360
P O Box 21031
Tulsa OK 74121-1031


Alert 360
2448 E. 81st Street, Suite 420
Tulsa OK 74137


Alton Real Estate LLC
885 Water Street
Meadville PA 16335


AM Door & Supply Co Inc
2575 N Salem Warren Road
North Jackson OH 44451

American Electric Power
P O Box 371496
Pittsburgh PA 15250-7496


American Express
P O Box 981535
El Paso TX 79998-1535


Aqua Pennsylvania
P O Box 70279
Philadelphia PA 19176-0279


Argo Woodburn LLC
101 Larkspur Landing Circle
Suie 120
Larkspur CA 94939


ARMJG2 LLC
c/o Guggenheim Inc
23215 Commerece Park Drive
Suite 214
Beachwood OH 44122


Armstrong Group
P O Box 37749
Philadelphia PA 19101-5049


AssureHire Inc
2206 Plaza Dr Ste 100
Rocklin CA 95765


AT&T
P O Box 105414
Atlanta GA 30348-5414


AT&T Internet
P O Box 5014
Carol Stream IL 60197-5014


Atlantic Broadband
P O Box 371801
Pittsburgh PA 15250-7801

Atmos Energy
P O Box 790311
Saint Louis MO 63179-0311


Auriel Investments
100 E. Nolana, Suite 130
McAllen TX 78504


Patrick H Autry
Branscomb PLLC
8023 Vantage Dr Ste 560
San Antonio TX 78230


Avista Utilities
P O Box 3727 MSC 34
Spokane WA 99220-3727


William Baldwin
3869 Jeanette Drive
Warren OH 44484


Bancroft-Clover
Water and Sanitation District
900 S Wadsworth Boulevard
Lakewood CO 80226-4306


BARR Credit Services
5151 E Broadway Blvd Ste 800
Tucson AZ 85711


Barth Building LLC
9200 E. 148th Circle
Brighton CO 80601


Beaver Falls Municipal Auth.
P O Box 400
Beaver Falls PA 15010-0400


Beaver Valley Mall LLC
150 Great Neck Road
Suite 304
Great Neck NY 11021

Becket and Lee LP
P O Box 3001
Malvern PA 19355-0701


Bestway Disposal
P O Box 1201
Colorado Springs CO 80901


BFM Azusa Property LLC
c/o Griffis Blessing Inc
102 N Cascade Avenue Suite 550
Colorado Springs CO 80903


BGL Inc
Suburban Garbage
6075 State Street
Salem OR 97137


BI Greensburg LLC
231 Market St
Johnstown PA 15901


Big's Sanitation
4859 State Route 51
Rostraver PA 15012


BJ&S Corporation
Megan Olive Real Estate Mgmt
102 N Cascade Avenue Suite 250
Colorado Springs CO 80903-1409


Black Hills Energy
P O Box 6001
Rapid City SD 57709-6001


Black Plumbing
P O Box 6347
Abilene TX 79608


BLM Properties
10035 Woodview Drive
Chardon OH 44024

Boehm Heating and Cooling LLC
2341 S Fig Street
Lakewood CO 80228


James E and Jeanette W Boykin
P O Box 2141
Abilene TX 79604


Brinks Home Security
Dept CH 8628
Palatine IL 60055-8628


Brown Co Appraisal District
Attn Brett McKibben
403 Fisk Ave
Brownwood TX 76801-2929


Brownsville PUB
P O Box 660566
Dallas TX 75266-0566


Buckeye Water District
P O Box 105
Wellsville OH 43968-0105


Buckley Law PC
Attn Randall L Duncan
5300 Meadows Road Ste 200
Lake Oswego OR 97035


Byzantine Inc.
P O Box 1567
Beaver Falls PA 15010


C & I Company
2725 Arabian Drive
Hubbard OH 44425


Cable One Business
1045 S. Commercial Street
Aransas Pass TX 78336-5305


Anthony Caicco
28 S Cleveland Avenue
Niles OH 44446

Cameron County Texas
c/o Linebarger Goggan Blair
Attn Diane W Sanders
P O Box 17428
Austin TX 78760-7428


Campbell Commercial R/E
P O Box 10066
Eugene OR 97440


CBL/Monroeville LP
Monroeville Mall CBL#0651
P O Box 955607
Saint Louis MO 63195


Cedar One Properties LLC
143 Canton Rd
Wintersville OH 43953-3931


Centerpointe Plaza LP
c/o Carnegie Management and
   Development Corp.
27500 Detroit Road, Suite 300
Westlake OH 44145


Century Link
P O Box 91155
Seattle WA 98111


Chacbak LLC
7097 N Expressway 77 Suite 7
Olmito TX 78575


Charles R. Thomas
2210 Wadsworth Road
Orrville OH 44667


Charleston Town Center Garage
dba Union Square Plaza
P O Box 932400
Cleveland OH 44193


Charter Communications
499 Atlantic St 10th Fl
Stamford CT 06901

CIA Properties LLC
c/o Guggenheim Property Mgmt
23215 Commerce Park, Suite 214
Beachwood OH 44122


Cirro Energy
Attn Bankruptcy Dept
P O Box 1046
Houston TX 77251


City and County of Denver
c/o Specialized Audit Support
201 W Colfax Ave Dept 1001
Denver CO 80202


City of Abilene
Water Utility Office
P O Box 3479
Abilene TX 79604-3479


City of Akron
Utilities Business Office
P O Box 3674
Akron OH 44309


City of Amarillo
P O Box 100
Amarillo TX 79105-0100


City of Aurora
Attn Tax and Licensing
P O Box 913200
Denver CO 80291-3200


City of Aurora Water Dept
P O Box 719117
Denver CO 80271-9117


City of Brownwood
P O Box 1389
Brownwood TX 76804-1389


City of Campbell
351 Tenney Avenue
Campbell OH 44405

City of Colorado Springs
City Financial Accts Rec
P O Box 1575, MC 250
Colorado Springs CO 80901


City of Dumas
P O Box 438
Dumas TX 79029


City of Farmington
P O Box 712569
Denver CO 80271-2569


City of Federal Heights
2380 West 90th Avenue
Federal Heights CO 80260


City of Harlingen
c/o Linebarger Goggan Blair
Attn Diane W Sanders
P O Box 17428
Austin TX 78760-7428


City of Hermitage
P O Box 6078
Hermitage PA 16148-6078


City of Lakewood
Department of Finance
480 S Allison Parkway
Lakewood CO 80226-3127


City of Las Vegas
905 12th Street
Las Vegas NM 87701-4008


City of Niles
34 West State Street
Niles OH 44446-5036


City of Pharr
P O Box 1729
Pharr TX 78577

City of Pueblo
Finance Dept
P O Box 1427
Pueblo CO 81002


City of Pueblo
Sales Tax Dept
One City Hall Place
Pueblo CO 81003


City of Ravenna
Water & Sewer Billing
530 N. Freedom Street
Ravenna OH 44266-2404


City of San Angelo
P O Box 5820
San Angelo TX 76902-5820


City of Santa Fe New Mexico
Utility Service Division
P O Box 5439
Santa Fe NM 87502-5439


City of Santa Fe New Mexico
P O Box 909
Santa Fe NM 87504-0909


City of South Euclid
1349 S Green Road
South Euclid OH 44121


City of Streetsboro
Water Billing Department
9184 State Route 43
Streetsboro OH 44241-5322


City of Victoria
P O Box 1279
Victoria TX 77902


City of Warren
Utility Department
580 Laird Avenue SE
P O Box 670
Warren OH 44482-0670

City of Weirton Utilities
200 Municipal Plaza
Weirton WV 26062-4527


City of Wichita Falls
P O Box 1440
Wichita Falls TX 76307-7532


Citywide Wireless
669 Gypsy Lane
Youngstown OH 44505


Collector Access Receivables
P O Box 1377
Cockeysville MD 21030-6377


Colorado Attorney General
Attn Deanna L Westfall
Colorado Dept of Law
1300 Broadway 8th Fl
Denver CO 80203


Colorado Department of Revenue
P O Box 17087
Denver CO 80217-0087


Colorado Springs Alarm
P O Box 15606
Colorado Springs CO 80935


Colorado Springs False Alarm
P O Box 1575, MC 250
Colorado Springs CO 80901


Colorado Springs Utilities
111 S Cascade Ave
Colorado Springs CO 80903


Columbia Gas
P O Box 742537
Cincinnati OH 45274-2537


Columbia Gas of Ohio
P O Box 117
Columbus OH 43216

Columbia Gas of Pennsylvania
P O Box 117
Columbus OH 43216


Comcast
P O Box 60533
City of Industry CA 91716-0533


Comcast Business
P O Box 70219
Philadelphia PA 19176-0219


Commonwealth of Pennsylvania
Dept of Labor and Industry
Attn Deb Secrest
651 Boas St Rm 925
Harrisburg PA 17121


Coronado Shopping Center LP
c/o Assertive Realty Services
7420 Golden Pond Place
Suite 100
Amarillo TX 79121


Corporate Lodging
P O Box 534722
Atlanta GA 30353-4722


Cox Communications
P O Box 248871
Oklahoma City OK 73124-8871


CP Denver Retail 1, LLC
530 B Street Ste 2050
San Diego CA 92101-4496


Crim Gary Rentals
2901 Market Street
Youngstown OH 44507


Crosbie Management Service LLC
P O Box 11295
Denver CO 80211

Dario Pini
DP Investments
2019 State Street
Santa Barbara CA 93105


Denise Powell
106 W McKinley Way
Poland OH 44514


Dominion Energy Ohio
P O Box 5759
Cleveland OH 44101


Donegal Insurance Group
P O Box 300
Marietta PA 17547-0300


Dongs Plaza
P O Box 422146
Houston TX 77242


Duquesne Light Company
Payment Processing Center
P O Box 10
Pittsburgh PA 15230-0010


Dura Properties LLC
3629 Glenwood Ave
Youngstown OH 44511


DW Sivers Co
4730 SW Macadma Ave Ste 101
Portland OR 97239-6417


EC Integrity LLC
5363 Balboa Blvd, Suite 227
Encino CA 91316


Economy Furnace Company Inc
274 N Gallatin Avenue
Uniontown PA 15401


Ellet Akron LLC
1661 W Ave Unit 398898
Miami Beach FL 33239

Elliott, James F
Garden Valley Center LLC
Attn: Bridgette Fleming
1650 Butler Creek Road
Ashland OR 97520


EMMCO Corporation Real Estate
3681 Green Road
Cleveland OH 44122


Erie Water Works
340 W Bayfron Parkway
Erie PA 16507-2004


Erie Water Works
P O Box 4170
Woburn MA 01888-4170


Eugene Water & Electric Board
500 E 4th Ave
Eugene OR 97401


Evergreen Marketplace LLC
c/o J&B Building Company
8933 E. Union Avenue, #216
Greenwood Village CO 80111


Evergreen Marketplace LLC
c/o Steven Peckar, Manager
8933 E Union Ave Ste 216
Englewood CO 80111


Fathom Plumbing
1185  21st Lane
Pueblo CO 81006


Fayette Plaza 1989 LP
500 Grant Street, Suite 2000
Pittsburgh PA 15219


Fayette Waste LLC
P O Box 698
Morgantown WV 26507-0698

Fire & Safety Inc
P O Box 8012
Wichita Falls TX 76307


Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo NY 14228


FJM Grants Pass Associates, LL
180 Sutter Street, Suite 400
San Francisco CA 94104


Fort Bend County Texas
1317 Eugent Heimann Cir
Richmond TX 77469-3623


Fortune Holdings LLC
Attn: Raymond and Amy Lin
P O Box 3367
Salem OR 97302


Franklin Township Municipal
700 Harmony Fisher Avenue
Ellwood City PA 16117


Freedom Sky Capital LLC
c/o Alliance Realty Services
P O Box 53608
Lubbock TX 79453


GAR Mifflin LP
Attn: Paul F. Wells
GAR 1 Portfolio LP
P O Box 6076
Hicksville NY 11802-6076


Garden Valley Center LLC
Attn: Bridgette Fleming
1650 Butler Creek Road
Ashland OR 97520


GNW Wireless
BUA Corporation, Inc.
5307 Telephone Road, Suite D
Houston TX 77087-3654

Goldfinch Real Estate LLC
1300 SW 5th Ave Ste 2400
Portland OR 97201-5610


Gordon's Heating & Cooling Inc
5124 Meadow Wood Boulevard
Lyndhurst OH 44124


Grande Communications Network
c/o Astound Business Solutions
P O Box 479367
Dallas TX 75267-9367


Green Mountain Energy Co
Attn Bankruptcy Dept
P O Box 1046
Houston TX 77251


Handyman Services by Marty
4905 E. 106 Street
Garfield Heights OH 44125


Harlingen CISD
c/o Linebarger Goggan Blair
Attn Diane W Sanders
P O Box 17428
Austin TX 78760-7428


Harris Broadband LLP
500 Fisk Avenue
Brownwood TX 76801


Harris County Texas
P O Box 3547
Houston TX 77253-3547


Hartford Fire Ins Co
Attn Bankruptcy Unit
HO2 R Home Office
Hartford CT 06155


HEB Grocery Company LP
Attn In Store Leasing
4301 Windfern
Houston TX 77041

```
HFT Mayfair LLC
c/o Dunn Carney LLP J Stadtler
851 SW 6th Ave Ste 1500
Portland OR 97204


Hildago County Texas
c/o Linebarger Goggan Blair
Attn Diane W Sanders
P O Box 17428
Austin TX 78760-7428


Caleb Holzaepfel
736 Georgia Ave Ste 300
Chattanooga TN 37402


HPC Green Valley Investors LP
18321 Ventura Boulevard
Suite 980
Tarzana CA 91356


HPC Green Valley Investors LP
c/o Kane Russell Coleman Logan
901 Main St Ste 5200
Dallas TX 75202


Nancy Hripko
1000 Chestnut Circle
Warren OH 44484


Inside Investments LLC
11006 Ashcroft Drive
Houston TX 77096


Internal Revenue Service
Centralized Insolvency
P O Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
Mail Stop 5334 Advisory/Insolv
2850 NE Independence Ave
Lees Summit MO 64064
```

Inventrust Property Corp
c/o IA Colorado Springs
  Cheyenne LLC
3025 Highway Parkway Suite 350
Downers Grove IL 60515


J&D CLE Investment Group LLC
7005 Woodlands Lane
Solon OH 44139


Jemez Mountains Electric Coop
P O Box 2999
Espanola NM 87532


JJH Properties
112 Rosewood Drive
Aliquippa PA 15001


Jose Luis Flores Law Offices
1111 W Nolana Avenue
McAllen TX 78504


Julius L. Bergfeld Family Part
Bergfeld Realty Co
2001 S. Donnybrook
Tyler TX 75701


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Kansas Gas Service
P O Box 219046
Kansas City MO 64121-9046


Paul Katsadas
4227 W. Lake Road
Erie PA 16505


Steven W Kelly
S & D Law
1290 Broadway Ste 1650
Denver CO 80203

```
Kent Plaza LLC
c/o The Huntington Bank
P O Box 72352
Cleveland OH 44192-0002


Kerr, Richard
1613 Robbins Avenue #68
Niles OH 44446


Richard Kerr
1613 Robbins Avenue, #68
Niles OH 44446


Kimble Recylcing
P O Box 448
Dover OH 44622


KIMCO Realty
500 N Broadway Ste 201
Jericho NY 11753


Kovar Electric LLC
P O Box 3128
Monument CO 80132


Kyhooya Partnership LLC
2008 Birdwell Lane
Big Spring TX 79720


L Fam Partners
1519 Center Drive
Santa Fe NM 87507


Lagraff, John
107 S Jackson St
Opp AL 36467


Barbara Lanford
3390 Logwood Trail
Richfield OH 44286


Thomas J Lasater
Fleeson Gooing Coulson Kitch
P O Box 997
Wichita KS 67201
```

Lazy S Ranches
Assertive Realty Group
7420 Golden Pond, Suite 100
Amarillo TX 79121


LDC Travel
1225 7th Avenue
Beaver Falls PA 15010


Lebanon Fire District
1050 West Oak Street
Lebanon OR 97355-1769


Lebanon Retail Center LLC
3114 Douglas Circle
Lake Oswego OR 97035


Liberty Mutual Insurance
P O Box 2839
New York NY 10116-2839


Linebarger Goggan Blair
  & Sampson, LLP
P O Box 3064
Houston TX 77253-3064


Loja Trails LLC
P O Box 66
Rodeo CA 94572


Lone Star Disposal
P O Box 41334
Houston TX 77241-1334


Lone Tree Center LLC
c/o Beer Wells Real Estate
P O Box 3449
Longview TX 75606


William E Long
247 S Holyoke St
Wichita KS 67218-1123

Los Tres Reyes Inc
2809 Broadway Street
Houston TX 77017


M&J Partners LP
660 E Pittsburgh Street
Suite 6
Greensburg PA 15601


Julis Magwood
762 Penn Avenue
Pittsburgh PA 15221


Main Place Center LLC
c/o Alvardo Management Ltd Co
10 Tramway Loop NE
Albuquerque NM 87122


Marca LLC
515 Selkirk Way
Pittsburgh PA 15208


MBSB Guylane LLC
24910 John Fremont Road
Hidden Hills CA 91302-1133


MD Denna Heating & Cooling Inc
3566 State Route 5, Unit B
Cortland OH 44410


Michaels Aurora Plaza 97 LLC
File 1979
1801 W Olympic Boulevard
Pasadena CA 91199


Mark Minuti
Saul Ewing Arnstein Lehr
P O Box 1266
Wilmington DE 19899


MK Investment
6828 Commerce Drive
Hubbard OH 44425

Monroeville SC LP
c/o Michael Fekete
Montgomery McCracken
457 Haddonfield Rd Ste 600
Cherry Hill NJ 08002


Sam Morse
3711 E Bridle Trail
Colbert WA 99005


Mountain View Development LLC
c/o Guggenheim Commercial
  Real Estate Group
23215 Commerce Park Dr Ste 214
Beachwood OH 44122


MPWI, LLC
Campbell Commercial Real Est
P O Box 10066
Eugene OR 97440


Municipal Authority of
  Township of Franklin
700 Harmony Fisher Avenue
Ellwood City PA 16117


Murray Square Investments Ltd
Central Colorado Management
P O Box 6247
Denver CO 80206-0247


Murray Square Investments Ltd
c/o QCG Property Mgmt
200 Lipan St
Denver CO 80223-1318


National Fuel Gas Distribution
Attn Legal Dept
P O Box 2081
Erie PA 16512


New Castle Sanitation Auth.
P O Box 1404
New Castle PA 16103

New Market Center LLC
c/o DPC Development Co
Attn Heather Farley
7800 E Union Ave
Denver CO 80237


New Mexico Attorney General
Hector Balderas
408 Galisteo St Villagra Bldg
Santa Fe NM 87501


New Mexico Gas Company
P O Box 97500
Albuquerque NM 87199-7500


New Mexico Taxation & Revenue
P O Box 8575
Albuquerque NM 87198-8575


New Mexico Taxation & Revenue
400 N Pennsylvania Ave Ste 200
P O Box 1557
Roswell NM 88202-1557


Nicki A Mezger CPA
1013 N Main
Wichita KS 67203


North Fayette County
  Municipal Authority
1634 University Drive
P O Box 368
Dunbar PA 15431-0368


NW Natural
220 NW 2nd Ave
Portland OR 97209


James O'Connor
P O Box 461
Cuddy PA 15031


Oasis Staffing Inc
252 N Mosley
Wichita KS 67202

Ohio Attorney General
Dave Yost
30 E Broad St 14th Fl
Columbus OH 43215


Ohio Bureau of Workers Comp
P O Box 89492
Cleveland OH 44101-6492


Ohio Department of Taxation
P O Box 530
Columbus OH 43216


Ohio Edison
5001 NASA Blvd
Fairmont WV 26554


Ohio Valley Waste Service Inc
P O Box 432
Mars PA 16046


Old Town Ventures LLC
P O Box 771042
Wichita KS 67277-1042


Ondigo Electronics LLC
1411 Ford Road
Bensalem PA 19020


Onestep Investment LLC
1068 S Federal Boulevard
Denver CO 80219


Optimum Business
1111 Stewart Ave
Bethpage NY 11714-3581


Oregon Attorney General
Ellen F Rosenblum
1162 Court St NE
Salem OR 97301


Oregon Department of Revenue
955 Center Street NE
Salem OR 97301-2555

Oregon Department of Revenue
P O Box 14725
Salem OR 97309-5018


ORGN Properties LLC
c/o Jose Duarte
225 Lancaster Drive SE
Salem OR 97317


Pace Bally Plaza LLC
c/o Front Range Commercial
P O Box 1695
Colorado Springs CO 80901


Pacific Capital Partners
Tandem Properties
7327 SW Barnes Road
PMB 120
Portland OR 97225-6119


Pacific Power
P O Box 26000
Portland OR 97256-0001


Patrick Brown Real Estate LLC
Brown Family Joint Tenancy
2105 NW 135th Avenue
Portland OR 97229


Pay and Save Inc
P O Box 390
Littlefield TX 79339


Penn Power
5001 NASA Blvd
Fairmont WV 26554


Pennsylvania American Water
P O Box 578
Alton IL 62002


Pennsylvania Dept of Revenue
1846 Brookwood Street
Harrisburg PA 17104

```
Pennsylvania Dept of Revenue
Bankruptcy Division
P O Box 280946
Harrisburg PA 17128-0946


Peoples
P O Box 644760
Pittsburgh PA 15264-4760


Perry Plaza Erie PA LP
c/o Glazer Properties
270 Commerce Dr
Rochester NY 14623


Pigeon LLC
c/o Campbell Commercial R/E
1600 Valley River Drive
Suite 160
Eugene OR 97401


Pigeon LLC
1375 Olive #409
Eugene OR 97401


Pinel LP
c/o The Pinnacle Property Co
3721 S Stonebridge Dr Ste 1201
McKinney TX 75070


Pinel LP
c/o The Pinnacle Property Co
2150 S Central Expressway
Suite 140
McKinney TX 75070


PJ Capital LLC
726 Broadway Avenue
Mc Kees Rocks PA 15136


PNM
P O Box 27900
Albuquerque NM 87125-7900
```

```
Pop-A-Lock of Albuquerque
9312  4th St NW
Suite 222A
Albuquerque NM 87114


Portage County Water Resources
449 S Meridian Street
P O Box 812
Ravenna OH 44266-0812


Portland General Electric
7895 SW Mohawk St ERC
Tualatin OR 97062


Portland General Electric PGE
P O Box 4438
Portland OR 97208-4438


Power Alarm
25086 Lakeland Boulevard
Euclid OH 44132


PPI-Fox Plaza LLC
Peterson Properties, LLC
2325 San Pedro Drive NE
Suite 2A
Albuquerque NM 87110


Pueblo Galleria, LLC
P O Box 11008
Pueblo CO 81001


Pullman Square Associates
c/o LG Realty Advisors Inc.
535 Smithfield St, Suite 900
Pittsburgh PA 15222


Q&S Construction
8005 Krameria Street
Commerce City CO 80022


Larry or Elizabeth Quintana
Fairview Pharmacy
734 N Riverside Drive
Suite B
Espanola NM 87532
```

Qwest Corp dba CenturyLink
Attn Legal - Bankruptcy
1025 El Dorado Blvd
Broomfield CO 80021


Ralph's Neon & Electric Inc
P O Box 1467
Pueblo CO 81002


Regency Centers LP
P O Box 676481
Dallas TX 75267-6481


Reliant Energy Retail Services
Attn Bankruptcy Dept
P O Box 1046
Houston TX 77251-9995


Republic Services
P O Box 9001099
Louisville KY 40290-1099


Ritzland Plaza Penn Hills LP
P O Box 1567
Beaver Falls PA 15010


Roderick Linton Belfance LLP
Attn Theodore J Lesiak
50 S. Main St 10th Fl
Akron OH 44308


ROHO LLC
406 S Market
Wichita KS 67202


SACHIP, LLC
7 Merriman Road
Akron OH 44303


Ashraf Salman
2020 Burning Tree Ln
Youngstown OH 44505

Samek Properties Ltd
Attn: Office
1900 Coffeeport Road
Brownsville TX 78521


Richard Santos
1715 Pinewood Avenue
Fairview PA 16415


Abdul Shamsuddin
3878 Francesca Drive
Canfield OH 44406


Sodexo Roth
P O Box 360170
Pittsburgh PA 15251-6170


Soltis Julian Electric LLC
1095 Slater Road
Salem OH 44460


South Adams County
Water & Sanitation District
P O Box 711863
Denver CO 80271-1863


Southpark Investments LLC
419 Fountain Park Dr
Euless TX 76039


Southwest Park SCLLPI
c/o Coldwell Banker Commercial
2500 S Willis, Suite 300
Abilene TX 79605


Southwest Park Shopping Ctr
2481 S Danville
Abilene TX 79605


Spectrum Business
c/o Time Warner Cable
P O Box 60074
City of Industry CA 91716-0074

Springfield Utility Board
P O Box 300
Springfield OR 97477-0077


St. Vincent De Paul Society
P O Box 24608
Eugene OR 97402-0440


Streetsboro Retail LLC
2555 34th Street NE
Canton OH 44705


Sudden Link
c/o Altice USA Inc
1 Court Square West
Long Island City NY 11101


Sungi Co., LLC
c/o Jim Milane
14600 Brookpark Road
Cleveland OH 44135


Sunset Plaza Shopping Center
c/o Southstar PM Inc
7831 SE Stark St #103
Portland OR 97215


Sylvio J Bonicelli & Sons LLC
1416 S Nevada Avenue
Colorado Springs CO 80905


T Mobile
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City OK 73118


Ternian Insurance Group LLC
P O Box 930104
Atlanta GA 31193-0104


Texas Attorney General
Attn Courtney J Hull
Bankruptcy Division MC 008
P O Box 12548
Austin TX 78711-2548

```
Texas State Comptroller
Attn Texas Attorney General
Bankruptcy Division MC 008
P O Box 12548
Austin TX 78711-2548


Texas State Comptroller
Public Accounts
P O Box 13528
Austin TX 78711-3528


The Cafaro Company
Attn Richard T Davis
5577 Youngstown Warren Rd
Niles OH 44446


The Hartford
P O Box 660916
Dallas TX 75266-0916


The Illuminating Company
P O Box 3687
Akron OH 44309-3687


Charles R Thomas
2210 Wadsworth Road
Orrville OH 44667


Time Warner Cable
P O Box 60074
City of Industry CA 91716-0074


Time Warner Cable-Northeast
P O Box 901
Carol Stream IL 60132-0901


TKG Academy Place Development
c/o TKG Management, Inc.
211 N. Stadium Boulevard
Suite 201
Columbia MO 65203


TKT Painting LLC
1636 26th Avenue Court
Greeley CO 80634-4930
```

```
Tolson Investments LLC
7150 W Central Ave ste 200
Toledo OH 43617


Tom Green Appraisal District
2302 Pulliam St
San Angelo TX 76905


Tom Green CAD
Linebarger Goggan Blair etal
2777 N Stemmons Freeway
Ste 1000
Dallas TX 75207


Travelers Insurance Company
P O Box 660317
Dallas TX 75266-0317


Tri-County Industries, Inc.
P O Box 858
Mars PA 16046


Two Properties LTD
c/o Assertive Realty Services
7420 Golden Pond, Suite 100
Amarillo TX 79121


Union Real Estate Co
301 Grand St Ste 1250
Pittsburgh PA 15219


United Healthcare
UHS Premium Billing
P O Box 959782
Saint Louis MO 63195-9782


United Power Inc
P O Box 173703
Denver CO 80217-3703


US Attorneys Office
301 N. Main Ste 1200
Wichita KS 67202
```

```
US Small Business Admin
Attn: District Counsel
220 W Douglas Ave Ste 450
Wichita KS 67202


Valley Waste Service Inc
P O Box 837
Mars PA 16046


Vandetti Brothers Associates
3820 Liberty Street
Erie PA 16509-1000


Vectra Venture LLC
4007 Call Field, Suite A
Wichita Falls TX 76308


Verizon
P O Box 15124
Albany NY 12212-5124


Victoria County
c/o Linebarger Goggan Blair
Attn Diane W Sanders
P O Box 17428
Austin TX 78760-7428


VIP Wireless Inc
Attn Meir Spiegel
1366 Ford Road
Bensalem PA 19020-1000


VIP Wireless Inc - Houston
Attn Meir Spiegel
1366 Ford Road
Bensalem PA 19020-1000


Vivint Inc.
Attn Business Billing
4931 N 300 W
Provo UT 84604


Vivint Inc.
Attn Multiple Property Billing
4931 N 300 W
Provo UT 84604
```

```
Vogel Disposal Service Inc
P O Box 847
Mars PA 16046


Waste Connections of Colorado
Denver District
P O Box 7428
Pasadena CA 91109-7428


Waste Connections of TX, LLC
Houston District 5120
2010 Wilson Rd
Humble TX 77896


Waste Management
P O Box 43350
Phoenix AZ 85080


Wave
P O Box 35164
Seattle WA 98124-5164


Weltman Weinburg & Reis Co LPA
Attn Robert B Weltman
323 W Lakeside Ave Ste 200
Cleveland OH 44113


Weltman Weltman & Reis CP LPA
965 Keynote Cir
Brooklyn Heights OH 44131


West Penn Power
5001 NASA Blvd
Fairmont WV 26554


West Virginia Attorney General
State Capitol Bldg 1 Rm E-26
1900 Kanawha Blvd E
Charleston WV 25305


West Virginia State Tax Dept
Tax Account Administration Div
P O Box 1826
Charleston WV 25327-1826
```

West Virginia State Tax Dept
Bankruptcy Unit
PO Box 766
Charleston WV 25323


Westar Energy Inc
Attn Bankruptcy Team
P O Box 208
Wichita KS 67202-0208


Wilkinsburg-Penn Joint Water
2200 Robinson Boulevard
Wilkinsburg PA 15221-1112


Windstream
P O Box 9001908
Louisville KY 40290-1908


Winner Wireless
1221 Champion Circle #115
Carrollton TX 75006


WMW Series Holdings LLC
dba Crossroads Center
4005 Call Field, Suite 100
Wichita Falls TX 76308


WRI Edgewater Marketplace LLC
c/o Weingarten Realty Investor
2600 Citadel Plaza Ste 125
Houston TX 77008


Xcel Energy
Southwestern Public Service Co
4701 Parkside Dr
Amarillo TX 79109


Youngstown Water Department
26 S Phelps Street
P O Box 6219
Youngstown OH 44501-6219

# United States Bankruptcy Court
## District of Kansas

In re   **Mobile Addiction LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer / Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January  2, 2024**

**/s/ William E. Long**

**William E. Long/Chief Executive Officer / Managing Member**
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    **Mobile Addiction LLC**

Case No.

Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William E Long**<br>**247 S Holyoke St**<br>**Wichita, KS 67218-1123** | | | |
| **Ashraf Salman**<br>**2020 Burning Tree Ln**<br>**Youngstown, OH 44505** | | | |
| **Charles R Thomas**<br>**2210 Wadsworth Road**<br>**Orrville, OH 44667** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer / Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January  2, 2024**

Signature    **/s/ William E. Long**

**William E. Long**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re   **Mobile Addiction LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mobile Addiction LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  2, 2024**

Date

**/s/ Nicholas R. Grillot**

**Nicholas R. Grillot**

Signature of Attorney or Litigant
Counsel for   **Mobile Addiction LLC**

**Hinkle Law Firm LLC**
**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
**316-267-2000 Fax:316-264-1518**
**ngrillot@hinklaw.com**

# MEMBER RESOLUTION OF
# MOBILE ADDICTION, LLC

The managing member and Chief Executive Office of MOBILE ADDICTION, LLC had a meeting on January 2, 2024 at 1:00 p.m. in Wichita, Kansas.

The meeting was called to order by the Managing Member, William E. Long.

The first and only item of business to come before the meeting was to consider whether the company should file bankruptcy and hire the necessary professionals to assist in a bankruptcy proceeding.

After a full discussion, the members passed the following resolutions:

BE IT RESOLVED by the sole managing-member of MOBILE ADDICTION, LLC that the company is authorized to file bankruptcy under Title 11 of the United States Code under such chapter thereof as the managing member of the company deems necessary and appropriate and that the company is authorized to retain and pay such professionals as the member of the company deem necessary according such terms as the member and the professionals can agree.

BE IT FURTHER RESOLVED that the company is authorized to retain and pay according such terms as the member of the company and the following professionals may agree, the following professionals to assist the company in the bankruptcy proceeding, to wit: Hinkle Law Firm LLC of Wichita, Kansas as attorneys; and other professionals such as certified public accountants, auctioneers, business consultants, appraisers and the like. This resolution shall not diminish in any fashion the authority granted to the member of the company in the resolution made in the immediately preceding paragraph in the event additional or different professionals are deemed necessary by the member.

BE IT FURTHER RESOLVED that William E. Long, managing member, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, including executing the Bankruptcy Petition, Schedules, Statement of Financial Affairs, and related documents.

There being no further business to come before the meeting, it was adjourned.

1/2/24
Dated

William E. Long, Managing Member
and Chief Executive Office